IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:09cr048-WHA |
| RICARDO RENDON | ) | |

## ORDER

This case is before the court on the Amended Report and Recommendation of the Magistrate Judge (Doc. #88), recommending that the Defendant's Motion to Suppress be denied, together with Defendant's objection thereto (Doc. #89).

An earlier suppression hearing was held in this case on June 30, 2009, which resulted in a Report and Recommendation of the Magistrate Judge (Doc. #43) recommending denial of the Motion to Suppress. An objection was filed (Doc. #50). The court conducted a *de novo* review of the Recommendation, including reading the transcript of the evidentiary hearing, examining all exhibits, watching the video recording of the traffic stop, and fully considering the objections of the Defendant, and thereafter overruled the objections, adopted the Recommendation, and denied the Motion to Suppress (Doc. #62).

Some time after the Motion to Suppress was denied, the Government advised the Defendant's counsel that law enforcement officers involved in this case had been discharged from their duties for misconduct, and the court granted the Defendant's Motion to Continue the case pending further investigation of this newly-discovered evidence (Doc. #68). On March 24, 2010, the Defendant filed a Motion to Reopen Motion to Suppress (Doc. #70), which the Magistrate Judge granted in an order which also set a second evidentiary hearing (Doc. #75).

That evidentiary hearing was held on July 12, 2010, before the Magistrate Judge, which resulted in the Amended Report and Recommendation now under consideration.

The motion concerns evidence obtained following a *Terry* stop and the subsequent search of the Defendant's tractor-trailer.  The court will not restate the facts of the case referred to in the earlier Recommendation and the earlier order of the court adopting that Recommendation and denying the Motion to Suppress.  This second hearing dealt primarily with the credibility of Alabama State Trooper Henry Cox, who testified at the original suppression hearing, and who was later separated from his job based on allegations against him unrelated to this traffic stop.

Following the hearing, the Magistrate Judge found Trooper Cox to be credible based not only on his testimony, but the opinion of the officer who investigated the claims against him.  Most of the objections to the Amended Report and Recommendation were raised and rejected in the earlier findings, with the only new objection being that the Magistrate Judge still found Trooper Cox to be credible.

The court has conducted another *de novo* review of this case, including the transcript of the second suppression hearing and the entire file.  Having done so, the court finds that the objections are due to be overruled and the Amended Recommendation adopted.

In his objections, Defendant argues that, in a jury trial, the Defendant would have been entitled to Eleventh Circuit Pattern Jury Instructions (Criminal Cases) (2010), Special Instruction No. 1.3, p. 53, Credibility.  Be that as it may, and while at trial, if Trooper Cox testifies, he may well be entitled to such instruction, the Magistrate Judge made his own credibility determination after personally observing and listening to the testimony of live witnesses.  Having reviewed the

transcript, this court finds no reason to question the Magistrate Judge's assessment of the evidence and accepts that credibility finding.

The Defendant's objections are overruled, the court adopts the Amended Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Defendant's Motion to Suppress is DENIED.

DONE this 28th day of September, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE